JOHN C. HALL (SBN 101746)
Email: john@johnchalllaw.com
LAW OFFICES OF JOHN C. HALL
1200 Truxtun Ave., Suite 114
Bakersfield, CA 93301
Telephone:    (661) 328-1200
Facsimile:     (661) 328-1281

Attorneys for Plaintiff
CENTRE FOR NEURO SKILLS

ADRIENNE C. PUBLICOVER  (SBN 161432)
Email: Adrienne.Publicover@WilsonElser.com
DONALD P. SULLIVAN  (SBN 191080)
Email:  Donald.Sullivan@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:    (415) 433-0990
Facsimile:     (415) 434-1370

Attorneys for Defendant
BLUE CROSS BLUE SHIELD OF OKLAHOMA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRE FOR NEURO SKILLS,<br><br>          Plaintiff,<br><br>     v.<br><br>WILLIAM McKNIGHT; BLUE CROSS BLUE SHIELD OF OKLAHOMA; DOES 1 through 30,<br><br>          Defendants. | Case No.:  1:11-cv-01302 AWI-JLT<br><br>**ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE BY TWO WEEKS**<br><br>(Doc. 8) |

## STIPULATION

Plaintiff Centre for Neuro Skills ("CNS") and Defendant Blue Cross Blue Shield of Oklahoma ("BCBSOK") respectfully request that the Court continue the Mandatory Scheduling Conference by two weeks because they have not been able to confer with Defendant William McKnight in preparation of the Joint Report because it does not appear that he was notified of

1

Stip. to Continue Mandatory Scheduling Conference

**Error! Unknown document property name.**
USDC EDCA Case # 11-cv-1302 AWI JLT

1  the Conference.

2  BCBSOK removed the case to this Court on August 4, 2011.  Copies of the Notice of
3  Filing Notice of Removal were served on all parties, including Mr. McKnight, who is
4  representing himself in this case.

5  On or about August 12, 2011, Mr. McKnight caused a Superior Court of California
6  Form General Denial to be served on counsel for CNS.  Mr. McKnight has not made an
7  appearance in this case in this Court.  Consequently, he was not served with the August 5, 2011
8  Order Setting Mandatory Scheduling Conference.

9  CNS's and BCBSOK's respective counsel telephoned Mr. McKnight on September 27,
10 2011, at the telephone number indicated on Mr. McKnight's General Denial.  Mr. McKnight
11 did not answer the call, so counsel left a message explaining that the Court set a conference for
12 September 29, 2011, that the parties would be requesting a two week continuance of the
13 conference, and that he should call one of them as soon as possible.  Counsel left both of their
14 phone numbers.  As of the filing of this Stipulation, Mr. McKnight has not returned the call.

15 BCBSOK's counsel followed the phone call with a letter transmitting a copy of the
16 Court's August 5, 2011 Order Setting Mandatory Scheduling Conference and explaining that
17 the other parties in the action have requested a continuance of the Scheduling Conference by
18 two weeks.  The letter was sent by FedEx to the address Mr. McKnight listed on his General
19 Denial.  A copy of that letter is attached hereto as Exhibit A.

20 For these reasons, CNS and BCBSOK request that the Court continue the Mandatory
21 Scheduling Conference by two weeks.

22 Date: September 28, 2011                    LAW OFFICES OF JOHN C. HALL

23
24                                              By:    /S/ John C. Hall
                                                       John C. Hall

25                                              Attorneys for Plaintiff
26                                              CENTRE FOR NUERO SKILLS

27 [SIGNATURES CONTINUED ON NEXT PAGE]

28

Date: September 28, 2011                           WILSON, ELSER, MOSKOWITZ,
                                                   EDELMAN & DICKER LLP

                                                   By:   /S/ Donald P. Sullivan
                                                         Donald P. Sullivan

                                                   Attorneys for Defendant
                                                   BLUE CROSS BLUE SHIELD OF
                                                   OKLAHOMA

## ORDER

Based upon the stipulation of the parties now before the Court, the mandatory scheduling conference currently set on September 29, 2011 is **ORDERED** continued to **October 17, 2011, at 10:00 a.m.** at the United States Bankruptcy Courtroom located at 1300 18th Street, Bakersfield, California.

IT IS SO ORDERED.

Dated:   **September 28, 2011**                    /s/ Jennifer L. Thurston
                                                   UNITED STATES MAGISTRATE JUDGE

3

Stip. to Continue Mandatory Scheduling Conference

**Error! Unknown document property name.**
USDC EDCA Case # 11-cv-1302 AWI JLT