JOHN C. HALL (SBN 101746)
Email: john@johnchalllaw.com
LAW OFFICES OF JOHN C. HALL
1200 Truxtun Ave., Suite 114
Bakersfield, CA 93301
Telephone:    (661) 328-1200
Facsimile:    (661) 328-1281

Attorneys for Plaintiff
CENTRE FOR NEURO SKILLS


ADRIENNE C. PUBLICOVER  (SBN 161432)
Email: Adrienne.Publicover@WilsonElser.com
DONALD P. SULLIVAN  (SBN 191080)
Email:  Donald.Sullivan@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendant
BLUE CROSS BLUE SHIELD OF OKLAHOMA

WILLIAM H. McKNIGHT
Email:  WilliamHMcKnight68@yahoo.com
*In propria persona*
8512 Woodstead Court
Bakersfield, CA  93311
Telephone:    (661) 345-4749


# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRE FOR NEURO SKILLS,<br><br>            Plaintiff,<br><br>       v.<br><br>WILLIAM McKNIGHT; BLUE CROSS BLUE SHIELD OF OKLAHOMA; DOES 1 through 30,<br><br>            Defendants. | Case No.:  11-cv-1302 AWI-JLT<br><br>**STIPULATED REQUEST AND ORDER CONTINUING MANDATORY SETTLEMENT CONFERENCE TO JANUARY 19 or 20, 2012 DUE TO PARTY UNAVAILABILITY** |

1

Stip. and Order Continuing Settlement Conf.

**Error! Unknown document property name.**
USDC EDCA Case # 11-cv-1302 AWI JLT

## **STIPULATION**

Plaintiff Centre for Neuro Skills ("CNS") and Defendants Blue Cross Blue Shield of Oklahoma ("BCBSOK") and William H. McKnight ("McKnight") respectfully request that the Court continue the Mandatory Settlement Conference from December 16, 2011 to January 19 or 20, 2012 because Mr. McKnight is presently in Texas attending a job training and is unable to return to California for the Settlement Conference.  He will be back in California on January 19 and 20, 2012.  Additionally, BCBSOK tendered the defense of the case to the Helmreich & Payne Employee Welfare Benefit Plan ("Plan"), and the Plan recently accepted the tender.  A representative from the Plan is not available on December 16, 2011 to attend the Settlement Conference.  Finally, counsel for CNS has two depositions scheduled for December 16, 2011 in San Jose, California.

To refresh the Court's recollection regarding the specifics of this case, this is a dispute regarding payment for the medical care rendered to Charlene McKnight, who was a beneficiary of McKnight.  McKnight, who is a *pro se* litigant, acknowledged in the Joint Scheduling Report that BCBSOK sent checks to him to pay for the medical care CNS rendered to Charlene McKnight, that he cashed those checks, and that he used the funds from the checks for purposes other than paying CNS.

McKnight represents that he has been unemployed for a period of time, but that he is currently in a job training program with Shell Oil that might lead to a permanent position.  He also represents that he will not be able to put funds forward to settle this dispute if he is not hired by Shell or another employer.  Logically, it is in his best interests, and the interests of the other Parties to this case, that be complete the training and secure a permanent position.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Stip. and Order Continuing Settlement Conf.
**Error! Unknown document property name.**
USDC EDCA Case # 11-cv-1302 AWI JLT

For the above stated reasons, the Parties respectfully submit this Stipulated Request to Continue the Mandatory Settlement Conference to January 19 or 20, 2012.

**IT IS SO STIPULATED:**

Date: December 12, 2011          LAW OFFICES OF JOHN C. HALL

By:    /S/ John C. Hall
       John C. Hall

       Attorneys for Plaintiff
       CENTRE FOR NUERO SKILLS

Date: December 12, 2011          WILSON, ELSER, MOSKOWITZ,
                                 EDELMAN & DICKER LLP

By:    /S/ Donald P. Sullivan
       Donald P. Sullivan

       Attorneys for Defendant
       BLUE CROSS BLUE SHIELD OF
       OKLAHOMA

Date: December 12, 2011          By:    /S/ William H. McKnight
                                        William H. McKnight

                                        *In propria persona*

**ORDER**

Good cause appearing, the settlement conference, currently scheduled on December 16, 2011 is **CONTINUED** to January 19, 2012 at 10:00 a.m.

IT IS SO ORDERED.

   Dated:   **December 13, 2011**            **/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE

3

Stip. and Order Continuing Settlement Conf.

**Error! Unknown document property name.**
USDC EDCA Case # 11-cv-1302 AWI JLT