1    JOHN C. HALL (SBN 101746)
     Email: john@johnchalllaw.com
2    LAW OFFICES OF JOHN C. HALL
     1200 Truxtun Ave., Suite 114
3    Bakersfield, CA 93301
     Telephone:    (661) 328-1200
4    Facsimile:    (661) 328-1281

5    Attorneys for Plaintiff
     CENTRE FOR NEURO SKILLS
6

7    ADRIENNE C. PUBLICOVER  (SBN 161432)
     Email: Adrienne.Publicover@WilsonElser.com
     DONALD P. SULLIVAN  (SBN 191080)
8    Email:  Donald.Sullivan@WilsonElser.com
     WILSON, ELSER, MOSKOWITZ,
9       EDELMAN & DICKER LLP
     525 Market Street, 17th Floor
10   San Francisco, CA  94105
     Telephone:    (415) 433-0990
11   Facsimile:    (415) 434-1370

12   Attorneys for Defendant
     BLUE CROSS BLUE SHIELD OF OKLAHOMA
13

14   WILLIAM H. McKNIGHT
     Email:  WilliamHMcKnight68@yahoo.com
     *In propria persona*
15   8512 Woodstead Court
     Bakersfield, CA  93311
16   Telephone:    (661) 345-4749

17

18                      **UNITED STATES DISTRICT COURT**

                        **EASTERN DISTRICT OF CALIFORNIA**
19

20   CENTRE FOR NEURO SKILLS,          )  Case No.:  11-cv-1302 AWI-JLT
                                       )
21                Plaintiff,           )  **STIPULATED REQUEST AND ORDER**
                                       )  **VACATING THE JANUARY 19, 2012**
22          v.                         )  **SETTLEMENT CONFERENCE AND**
                                       )  **CONTINUING THE MID-DISCOVERY**
23   WILLIAM McKNIGHT; BLUE CROSS      )  **STATUS CONFERENCE TO JANUARY**
     BLUE SHIELD OF OKLAHOMA; DOES 1   )  **23, 2012**
24   through 30,                       )
                                       )
25                Defendants.          )
                                       )
26   _____ )

27   / / /

28   / / /
                                       1
     ─────────────────────────────────────────────────────────────────────
     Stip. and Order Vacating Settlement Conf. and Continuing Status Conf.

     USDC EDCA Case # 11-cv-1302 AWI JLT

1

**STIPULATION**

2    Plaintiff Centre for Neuro Skills ("CNS") and Defendants Blue Cross Blue Shield of

3    Oklahoma ("BCBSOK") and William H. McKnight ("McKnight") respectfully request that the

4    Court vacate the January 19, 2012 Settlement Conference on the ground that the case is not yet

5    is a position in which settlement discussions would be meaningful or productive.  Additionally,

6    Counsel for BCBSOK & the Plan is unavailable on January 19, 2012 because he has

7    depositions scheduled to take place in San Francisco on January 18 and 19, 2012.  A

8    representative from his Texas-based client is being deposed, as is the plaintiff in the case.

9    Because the travel arrangements for those depositions have already been made, they cannot be

10   rescheduled without severely inconveniencing multiple parties.

11   To refresh the Court's recollection regarding the specifics of this case, this is a dispute

12   regarding payment for the medical care rendered to Charlene McKnight, who was a beneficiary

13   of McKnight.  McKnight, who is a *pro se* litigant, acknowledged in the Joint Scheduling Report

14   that BCBSOK sent checks to him to pay for the medical care CNS rendered to Charlene

15   McKnight, that he cashed those checks, and that he used the funds from the checks for purposes

16   other than paying CNS.

17   McKnight represents that he has been unemployed for a period of time, but that he is

18   currently in a job training program with Shell Oil that might lead to a permanent position.  He

19   also represents that he will not be able to put funds forward to settle this dispute if he is not

20   hired by Shell or another employer.  Logically, it is in his best interests, and the interests of the

21   other Parties to this case, that he complete the training and secure a permanent position.  Mr.

22   McKnight anticipates that he will have more information about his job prospects in March

23   2012, and the parties can revisit the possibility of participating in a settlement conference at that

24   time.

25   For the above stated reasons, the Parties respectfully submit this Stipulated Request to

26   Vacate the January 19, 2012 Settlement Conference.  Additionally, because Mr. McKnight and

27   counsel for BCBSOK and the Plan are unavailable on January 19, 2012, the parties request that

28   the Mid-Discovery Status Conference be continued by four days to Monday, January 23, 2012

2

Stip. and Order Vacating Settlement Conf. and Continuing Status Conf.

USDC EDCA Case # 11-cv-1302 AWI JLT

1 at a time convenient for the Court.

2    **IT IS SO STIPULATED:**

3  Date: January 17, 2012                LAW OFFICES OF JOHN C. HALL

4

5                                        By:    /S/ John C. Hall
                                                John C. Hall

6                                               Attorneys for Plaintiff
                                                CENTRE FOR NUERO SKILLS
7

8  Date: January 17, 2012                WILSON, ELSER, MOSKOWITZ,
                                         EDELMAN & DICKER LLP
9

10                                       By:    /S/ Donald P. Sullivan
                                                Donald P. Sullivan
11

12                                              Attorneys for Defendant
                                                BLUE CROSS BLUE SHIELD OF
                                                OKLAHOMA
13

14 Date: January 17, 2012               By:    /S/ William H. McKnight
                                                William H. McKnight
15

                                                *In propria persona*
16

17                              **ORDER**

18       For the reasons stated in the Parties' stipulation and good cause appearing, the Court

19 **ORDERS** the settlement conference currently set on January 19, 2012 to be **VACATED**.

20 Likewise, the telephonic Mid-Discovery Status Conference will be **CONTINUED** to January

21 23, 2012 at 9:30 a.m.

22

23

   IT IS SO ORDERED.
24

25    Dated:   **January 18, 2012**              **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE
26

27

28

                                      3
                 Stip. and Order Vacating Settlement Conf. and Continuing Status Conf.

USDC EDCA Case # 11-cv-1302 AWI JLT