JOHN C. HALL (SBN 101746)
Email: john@johnchalllaw.com
LAW OFFICES OF JOHN C. HALL
1200 Truxtun Ave., Suite 114
Bakersfield, CA 93301
Telephone:    (661) 328-1200
Facsimile:    (661) 328-1281

Attorneys for Plaintiff
CENTRE FOR NEURO SKILLS

ADRIENNE C. PUBLICOVER  (SBN 161432)
Email: Adrienne.Publicover@WilsonElser.com
DONALD P. SULLIVAN  (SBN 191080)
Email:  Donald.Sullivan@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendant
BLUE CROSS BLUE SHIELD OF OKLAHOMA

WILLIAM H. McKNIGHT
Email:  WilliamHMcKnight68@yahoo.com
*In propria persona*
8512 Woodstead Court
Bakersfield, CA  93311
Telephone:    (661) 345-4749

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTRE FOR NEURO SKILLS,<br><br>         Plaintiff,<br><br>     v.<br><br>WILLIAM McKNIGHT; BLUE CROSS BLUE SHIELD OF OKLAHOMA; DOES 1 through 30,<br><br>         Defendants. | Case No.:  11-cv-1302 AWI-JLT<br><br>**STIPULATED REQUEST AND ORDER VACATING THE JANUARY 19, 2012 SETTLEMENT CONFERENCE AND CONTINUING THE MID-DISCOVERY STATUS CONFERENCE TO JANUARY 23, 2012** |

/ / /

/ / /

1

Stip. and Order Vacating Settlement Conf. and Continuing Status Conf.

USDC EDCA Case # 11-cv-1302 AWI JLT

**STIPULATION**

Plaintiff Centre for Neuro Skills ("CNS") and Defendants Blue Cross Blue Shield of Oklahoma ("BCBSOK") and William H. McKnight ("McKnight") respectfully request that the Court vacate the January 19, 2012 Settlement Conference on the ground that the case is not yet is a position in which settlement discussions would be meaningful or productive. Additionally, Counsel for BCBSOK & the Plan is unavailable on January 19, 2012 because he has depositions scheduled to take place in San Francisco on January 18 and 19, 2012. A representative from his Texas-based client is being deposed, as is the plaintiff in the case. Because the travel arrangements for those depositions have already been made, they cannot be rescheduled without severely inconveniencing multiple parties.

To refresh the Court's recollection regarding the specifics of this case, this is a dispute regarding payment for the medical care rendered to Charlene McKnight, who was a beneficiary of McKnight. McKnight, who is a *pro se* litigant, acknowledged in the Joint Scheduling Report that BCBSOK sent checks to him to pay for the medical care CNS rendered to Charlene McKnight, that he cashed those checks, and that he used the funds from the checks for purposes other than paying CNS.

McKnight represents that he has been unemployed for a period of time, but that he is currently in a job training program with Shell Oil that might lead to a permanent position. He also represents that he will not be able to put funds forward to settle this dispute if he is not hired by Shell or another employer. Logically, it is in his best interests, and the interests of the other Parties to this case, that he complete the training and secure a permanent position. Mr. McKnight anticipates that he will have more information about his job prospects in March 2012, and the parties can revisit the possibility of participating in a settlement conference at that time.

For the above stated reasons, the Parties respectfully submit this Stipulated Request to Vacate the January 19, 2012 Settlement Conference. Additionally, because Mr. McKnight and counsel for BCBSOK and the Plan are unavailable on January 19, 2012, the parties request that the Mid-Discovery Status Conference be continued by four days to Monday, January 23, 2012

at a time convenient for the Court.

**IT IS SO STIPULATED:**

Date: January 17, 2012                LAW OFFICES OF JOHN C. HALL

                                       By:   /S/ John C. Hall
                                                    John C. Hall

                                       Attorneys for Plaintiff
                                       CENTRE FOR NUERO SKILLS

Date: January 17, 2012                WILSON, ELSER, MOSKOWITZ,
                                       EDELMAN & DICKER LLP

                                       By:   /S/ Donald P. Sullivan
                                                   Donald P. Sullivan

                                       Attorneys for Defendant
                                       BLUE CROSS BLUE SHIELD OF
                                       OKLAHOMA

Date: January 17, 2012                By:   /S/ William H. McKnight
                                                   William H. McKnight

                                                   *In propria persona*

## ORDER

For the reasons stated in the Parties' stipulation and good cause appearing, the Court **ORDERS** the settlement conference currently set on January 19, 2012 to be **VACATED**. Likewise, the telephonic Mid-Discovery Status Conference will be **CONTINUED** to January 23, 2012 at 9:30 a.m.

IT IS SO ORDERED.

    Dated:   **January 18, 2012**                **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE

Stip. and Order Vacating Settlement Conf. and Continuing Status Conf.

USDC EDCA Case # 11-cv-1302 AWI JLT