UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CENTRE FOR NEURO SKILLS, | ) | Case No.:  11-cv-1302 AWI-JLT |
| | ) | |
| Plaintiff, | ) | **ORDER AFTER NOTICE OF SETTLEMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM McKNIGHT; BLUE CROSS BLUE SHIELD OF OKLAHOMA; DOES 1 through 30, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

On August 21, 2012, the parties notified the Court that they had reached a settlement of the matter.  (Doc. 21)  They request 30 days to finalize the settlement and request a status conference be set within 30 days to ensure that the settlement is completed.  Id.

Pursuant to this Court's Local Rule 160, this Court **ORDERS**:

1. No later than September 21, 2012, the parties **SHALL** file a stipulated request for dismissal;

2. All pending dates, motions, conferences and hearings, including the trial date, are **VACATED**;

**Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order.  See Local Rules 110,**

1

**160.**

IT IS SO ORDERED.

   Dated: __**August 22, 2012**__                 <u>/s/ Jennifer L. Thurston</u>
                                                      UNITED STATES MAGISTRATE JUDGE