1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CENTRE FOR NEURO SKILLS, | ) | Case No.:  11-cv-1302 AWI-JLT |
| | ) | |
| Plaintiff, | ) | **ORDER AFTER NOTICE OF** |
| | ) | **SETTLEMENT** |
| v. | ) | |
| | ) | |
| WILLIAM McKNIGHT; BLUE CROSS | ) | |
| BLUE SHIELD OF OKLAHOMA; DOES 1 | ) | |
| through 30, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

On August 21, 2012, the parties notified the Court that they had reached a settlement of the matter.  (Doc. 21)  They request 30 days to finalize the settlement and request a status conference be set within 30 days to ensure that the settlement is completed.  Id.

Pursuant to this Court's Local Rule 160, this Court **ORDERS**:

1.      No later than September 21, 2012, the parties **SHALL** file a stipulated request for dismissal;

2.      All pending dates, motions, conferences and hearings, including the trial date, are **VACATED**;

**Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order.  See Local Rules 110,**

1

1  **160.**

2

3  IT IS SO ORDERED.

4      Dated:   **August 22, 2012**                       **/s/ Jennifer L. Thurston**

5                                               UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28