1
2
3
4
5
6
7

8                      **UNITED STATES DISTRICT COURT**

9                      **EASTERN DISTRICT OF CALIFORNIA**

10

11  CENTRE FOR NEURO SKILLS,                ) Case No.:  11-cv-1302 AWI-JLT
                                            )
12                      Plaintiff,          ) **ORDER TO SHOW CAUSE RE**
                                            ) **DISMISSAL AND SANCTIONS**
13          v.                              )
                                            )
14  WILLIAM McKNIGHT; BLUE CROSS            )
    BLUE SHIELD OF OKLAHOMA; DOES 1         )
15  through 30,                             )
                                            )
16                      Defendants.         )
                                            )
17  _____)

18          On August 22, 2012, the parties notified the Court that they had reached a settlement of

19  the matter.  (Doc. 21)  They requested 30 days to finalize the settlement.  (Doc. 21).  Pursuant

20  to this Court's Local Rule 160, this Court ordered the parties to file a stipulated request for

21  dismissal no later than September 21, 2012.  (Doc. 22).  The parties were advised that failure to

22  comply with the Court's order may be grounds for the imposition of sanctions.  (Doc. 21).  No

23  stipulated dismissal has yet been filed with this Court.

24          Accordingly,

25  1.  The parties are **ORDERED** to show cause within 7 days of service of this order, why

26          the stipulated dismissal has not been filed as previously ordered by the Court and to file

27          the stipulated dismissal;

28  ///

1

2.  **Failure to comply with the Court's order may result in sanctions.**

IT IS SO ORDERED.

Dated:   **September 27, 2012**          **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE