UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRE FOR NEURO SKILLS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM McKNIGHT; BLUE CROSS BLUE SHIELD OF OKLAHOMA; DOES 1 through 30,<br><br>　　　　　Defendants. | Case No.: 11-cv-1302 AWI-JLT<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL AND SANCTIONS** |

On August 22, 2012, the parties notified the Court that they had reached a settlement of the matter. (Doc. 21) They requested 30 days to finalize the settlement. (Doc. 21). Pursuant to this Court's Local Rule 160, this Court ordered the parties to file a stipulated request for dismissal no later than September 21, 2012. (Doc. 22). The parties were advised that failure to comply with the Court's order may be grounds for the imposition of sanctions. (Doc. 21). No stipulated dismissal has yet been filed with this Court.

Accordingly,

1. The parties are **ORDERED** to show cause within 7 days of service of this order, why the stipulated dismissal has not been filed as previously ordered by the Court and to file the stipulated dismissal;

///

2. **<u>Failure to comply with the Court's order may result in sanctions.</u>**

IT IS SO ORDERED.

Dated:   **September 27, 2012**              /s/ Jennifer L. Thurston
                                                              UNITED STATES MAGISTRATE JUDGE