JOHN C. HALL (SBN 101746)
Email: john@johnchalllaw.com
LAW OFFICES OF JOHN C. HALL
1200 Truxtun Ave., Suite 114
Bakersfield, CA 93301
Telephone:     (661) 328-1200
Facsimile:      (661) 328-1281

Attorneys for Plaintiff
CENTRE FOR NEURO SKILLS

ADRIENNE C. PUBLICOVER  (SBN 161432)
Email: Adrienne.Publicover@WilsonElser.com
DONALD P. SULLIVAN  (SBN 191080)
Email:  Donald.Sullivan@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:     (415) 433-0990
Facsimile:      (415) 434-1370

Attorneys for Defendant
BLUE CROSS BLUE SHIELD OF OKLAHOMA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRE FOR NEURO SKILLS,<br><br>             Plaintiff,<br><br>      v.<br><br>WILLIAM McKNIGHT; BLUE CROSS BLUE SHIELD OF OKLAHOMA; DOES 1 through 30,<br><br>             Defendants. | Case No.:  11-cv-1302 AWI-JLT<br><br>**STIPULATION AND ORDER DISMISSING CASE WITH PREJUDICE** |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Centre for Neuro Skills ("Plaintiff"), and Defendant Blue Cross Blue Shield of Oklahoma ("Defendant"), through their respective attorneys of record, hereby hereby stipulate and agree that the above-captioned

1

Stip. and [Prop] Order Dismissing Case with Prejudice

**Error! Unknown document property name.**
USDC EDCA Case # 11-cv-1302 AWI JLT

matter and all claims for relief therein may be dismissed with prejudice in its entirety.  Each party to bear its own costs.

Date: September 28, 2011          LAW OFFICES OF JOHN C. HALL

                                  By:   /S/ John C. Hall
                                        John C. Hall

                                        Attorneys for Plaintiff
                                        CENTRE FOR NUERO SKILLS


Date: September 28, 2011          WILSON, ELSER, MOSKOWITZ,
                                  EDELMAN & DICKER LLP

                                  By:   /S/ Donald P. Sullivan
                                        Donald P. Sullivan

                                        Attorneys for Defendant
                                        BLUE CROSS BLUE SHIELD OF
                                        OKLAHOMA

**ORDER**

This case is dismissed with prejudice as to all parties.  Each party to bear its own costs.


IT IS SO ORDERED.

Dated:   September 28, 2012                 _____
                                            CHIEF UNITED STATES DISTRICT JUDGE

2

**Error! Unknown document property name.**
USDC EDCA Case # 11-cv-1302 AWI JLT

Stip. and [Prop] Order Dismissing Case with Prejudice